## Edna Coleman, Appellee, v. Ashland Catering Company, Appellant.

### Gen. No. 22,019.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in this court at the October term, 1915. Reversed with finding of fact. Opinion filed May 1, 1916.

### Statement of the Case.

Action on the case for personal injuries by Edna Coleman, plaintiff, against Ashland Catering Company, a corporation, and William M. Walker, defendants. From a judgment of $5,000 against Ashland Catering Company entered upon the verdict of a jury, it appeals.

The suit was dismissed as to Walker, with whom plaintiff had settled for $1,000, Walker taking a covenant from plaintiff not to sue in consideration of the $1,000.

MAYER, MEYER, AUSTRIAN & PLATT, for appellant.

MUNSON T. CASE, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

NEGLIGENCE, § 46*—*when principal not liable for negligence of independent contractor.* In an action to recover for personal injuries, evidence examined and *held* to show that the injury complained of was caused by the negligence of an independent contractor or his servants for which defendant was not legally responsible.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.